# EXHIBIT 1

**Exhibit 1**

**Chart & Excerpts of Plaintiff's Experts' Testimony That They Are Not Opining On The Points
For Which Plaintiff Cites Them In Its Motion (Dkt. 75)**

| Plaintiff's Citations to Simon Report | Simon Denying Citations |
|---|---|
| "Defendants provide their subscribers with programming that is comparable to that of a television broadcast station, including television shows, movies, and documentaries that audiences are accustomed to watching on television."  Mem. at 3-4 | **Simon Tr. 62:6-9, Exhibit 16[1]**<br><br>Q: Are you offering an opinion today on the meaning of the term "video programming" under the [Texas] act that is at issue in this case?<br><br>A: Not under the [Texas] Act.<br><br>**Simon Tr. 191:4-18**<br><br>Q: So when you were asked by the City of Maple Heights to render an opinion on whether or not Hulu and Netflix provides programming that is comparable within this meaning of this phrase [in the Texas Act], you were rendering that opinion without any idea of the statutory context in which that phrase comes up, correct?<br><br>A: Correct.<br><br>Q: Okay.  You did not investigate what the meaning of that phrase is in the Cable Communications Policy Act of 1984, correct?<br><br>A: No, I didn't.<br><br>Q: And you're not an expert in the Cable Communications Policy Act of 1984, right?<br><br>A: Correct. |

---

[1] Plaintiff has agreed that Netflix may replace "Ohio" with "Texas" where applicable in Mr. Simon's deposition transcript from the parallel proceeding in *City of Maple Heights v. Netflix*, No. 1:12-cv-01872.  *See* Declaration of Mary Rose Alexander, Ex. 14.

| | |
|---|---|
| | **Simon Tr. 193:13-16**<br><br>Q: Sitting here today, can you tell me what the meaning of the phrase "video programming" is in the Cable Communications Policy Act of 1984?<br><br>A: No. |
| "Defendants provide 'video service' under the Act. And again, even if this is disputed, the resolution of the dispute would be common to the class." Mem. at 4 | *See supra* at 1.<br><br>**Simon Tr. 59:22-60:1**<br><br>Q: Are you offering an opinion as to whether the resolution of whether Netflix and Hulu provide video services under the [Texas] act would be common to all municipalities in [Texas]?<br><br>A: I -- no, I'm not offering that opinion.<br><br>**Simon Tr. 111:20-23**<br><br>Q: Are you offering any opinions on the list of municipalities in which Netflix and Hulu allegedly provide video services?<br><br>A: No, I'm not.<br><br>**Simon Tr. 62:6-9**<br><br>Q: Are you offering an opinion today on the meaning of the term "video programming" under the [Texas] act that is at issue in this case?<br><br>A: Not under the [Texas] Act.<br><br>**Simon Tr. 73:12-14**<br><br>Q: Did you review the [Texas] video services authorization act -- |

| | |
|---|---|
| | A: No.<br><br>**Simon Tr. 105:15-20**<br><br>Q: Is it your opinion, sir, that the question of whether Netflix and Hulu provide video programming as set forth in the definition provided by the [Texas] act is common to all municipalities?<br><br>A: No. |
| "[B]oth Netflix and Hulu: (1) transmit the same television programs and movies that are or were at one time broadcast by television stations; (2) to the extent they develop original programs or acquire programs not broadcast by television stations in the U.S., such programs are in genres and formats that are identical to the programs broadcast by television stations; (3) engage in the same production process as is used by television stations; and (4) compete for and win awards, such as the Emmy awards, that are specific to the television industry. Indeed, to the viewer, Netflix's and Hulu's video programming is indistinguishable in format, genre, and quality when compared to broadcast and cable television."  Mem. at 4 n.4 | **Simon Tr. 60:25-61:4**<br><br>Q: . . . [D]o you agree that you're not offering an opinion that Netflix and Hulu always provide the exact same video programming?<br><br>A: Correct. |
| "Indeed, Netflix and Hulu provide the exact same video programming, delivered in the exact same manner, no matter where their subscribers reside in the State of Texas." Mem. at 15 n.7 | **Simon Tr. 60:25-61:20**<br><br>Q: . . . [D]o you agree that you're not offering an opinion that Netflix and Hulu always provide the exact same video programming?<br><br>A: Correct. |

3

| | |
|---|---|
| | Q: Are you offering an opinion that Netflix and Hulu provide video programming delivered in the exact same manner?<br><br>A: I don't believe I offered an opinion that they offered it in the same manner.<br><br>Q: Are you offering any opinions comparing how broadcast, cable, and Netflix and Hulu distribute their content to customers?<br><br>A: I'm not offering an opinion, no.<br><br>Q: Are you offering an opinion that Netflix and Hulu provide the exact same video programming delivered . . . in the exact same manner no matter where their subscribers reside in the state of [Texas]?<br><br>A: No. |
| "Defendants transmit the exact same video programming, which is comparable to that of broadcast television, to every municipality, township, and county in the State of [Texas]." Mem. at 19 n.8 | **Simon Tr. 60:25-61:4**<br><br>Q: . . . [D]o you agree that you're not offering an opinion that Netflix and Hulu always provide the exact same video programming?<br><br>A: Correct.<br><br>**Simon Tr. 61:21-62:1**<br><br>Q: Are you offering an opinion that Netflix and Hulu's video programming is transmitted in the same manner to subscribers located in all municipalities, townships, and counties in the state of [Texas]?<br><br>A: I'm not offering that opinion.<br><br>**Simon Tr. 109:7-11** |

4

| | |
|---|---|
| | Q: Have you done any work in this case to determine if there is an individual in every municipality and county in [Texas] that view Netflix and Hulu?<br><br>A: I -- I have not.<br><br>**Simon Tr. 110:5-15**<br><br>Q: . . . [Y]ou don't know one way or another whether there is a subscriber of Netflix and Hulu in every municipality and county in [Texas], true?<br><br>A: No, I don't personally know.<br><br>**Simon Tr. 111:20-23**<br><br>Q: . . . Are you offering any opinions on the list of municipalities in which Netflix and Hulu allegedly provide video services?<br><br>A: No, I'm not. |

| **Plaintiff's Citations to Malfara Report** | **Malfara Denying Citations** |
|---|---|
| "Defendants use the infrastructure of Internet service providers to transmit their video programming from their servers to their subscribers." Mem. at 2-3 | **Malfara 6/8/21 Tr. 90:11-13, Exhibit 13**<br><br>Q: Are you opining that defendants provide video programming as defined in the Texas Act?<br><br>A: I am not, because I am not a lawyer.<br><br>**Malfara 6/8/21 Tr. 96:8-15** |

5

|  | Q: . . . Defendants, in your opinion, are able to deliver video programming to customers without the use of the infrastructure of Internet service providers located at least in part in the public rights-of-way; correct?<br><br>A: They are able to transmit their content, yes.<br><br>**Malfara 6/8/21 Tr. 98:22**<br><br>Q: . . . [Y]ou're not opining that determining whether defendants must use wireline facilities in public rights-of-way to transmit their video content is the same in every city or county in Texas or Nevada; correct?<br><br>A: If I understand the question correctly, that's correct.<br><br>**Malfara 6/8/21 Tr. 35:24-36:2**<br><br>Q: . . . So you don't know whether Netflix or Hulu control any facilities in the public rights-of-way in Texas, do you?<br><br>A: That's correct.<br><br>**Malfara 4/29/21 Tr. 74:11-75:3, Exhibit 15**<br><br>Q: Does Netflix have any facilities or infrastructure to be able to deliver that content to your TV in your house?<br><br>…[objection]<br><br>A: My understanding according to your, you know, open connect documents is that you do.<br><br>Q: Really? What is it?<br><br>A: The OCA. |

| | |
|---|---|
| | Q: The OCA by itself can deliver content to your house? |
| | A: I have no idea because we haven't gone through that detail . . . further discovery is required to really find out, yeah. |
| | Q: Okay. So you don't know sitting here today? |
| | A: No. |
| | **Malfara 4/29/21 Tr. 108:23-109:6** |
| | Q: Does Netflix use any facilities in the public rights-of-way in Ohio? |
| | A: I don't know. |
| | … |
| | Q: Does Netflix access any facilities in the public rights-of-way in Ohio? |
| | …[objection] |
| | A: Again, to answer your question, I need to have more information in discovery. |
| | **Malfara 4/29/21 Tr. 134:18-21** |
| | Q: Are Hulu and Netflix content transmitted in the same way? |
| | …[objection] |
| | A: Unknown. |
| "Defendants cannot reasonably dispute that the infrastructure of Internet service providers in municipalities in the State of Texas, including New Boston, are located at least in part in | **Malfara 6/8/21 Tr. 90:11-13**<br><br>Q: Are you opining that defendants provide video programming as defined in the Texas Act? |

7

| | |
|---|---|
| public rights-of-way and, without the use of such infrastructure, they would be unable to deliver their video programming to their subscribers." Mem. at 3 | A: I am not, because I am not a lawyer.<br><br>**Malfara 6/8/21 Tr. 96:8-15**<br><br>Q: . . . Defendants, in your opinion, are able to deliver video programming to customers without the use of the infrastructure of Internet service providers located at least in part in the public rights-of-way; correct?<br><br>A: They are able to transmit their content, yes.<br><br>**Malfara 6/8/21 Tr. 98:22**<br><br>Q: . . . [Y]ou're not opining that determining whether defendants must use wireline facilities in public rights-of-way to transmit their video content is the same in every city or county in Texas or Nevada; correct?<br><br>A**:** If I understand the question correctly, that's correct.<br><br>**Malfara 6/8/21 Tr. 35:24-36:2**<br><br>Q: . . . So you don't know whether Netflix or Hulu control any facilities in the public rights-of-way in Texas, do you?<br><br>A: That's correct.<br><br>**Malfara 4/29/21 Tr. 108:23-109:6**<br><br>Q: Does Netflix use any facilities in the public rights-of-way in Ohio?<br><br>A: I don't know.<br><br>…<br><br>Q: Does Netflix access any facilities in the public rights-of-way in Ohio? |

8

| | |
|---|---|
| | …[objection] |
| | A: Again, to answer your question, I need to have more information in discovery. |
| | **Malfara 4/29/21 Tr. 146:8-15** |
| | Q: If . . . I asked you whether the following statement is true: All methods of content delivery rely on transmission of high-speed data over publicly owned rights-of-way, would you agree or disagree? |
| | A: Disagree. |
| "[W]ithout the use of wireline facilities in public-rights-of-way, Defendants would be unable to transmit video programming in municipalities in the State of Texas, including New Boston." Mem. at 3 | **Malfara 6/8/21 Tr. 90:11-13**<br><br>Q: Are you opining that defendants provide video programming as defined in the Texas Act?<br><br>A: I am not, because I am not a lawyer.<br><br>**Malfara 6/8/21 Tr. 96:8-15**<br><br>Q: . . . Defendants, in your opinion, are able to deliver video programming to customers without the use of the infrastructure of Internet service providers located at least in part in the public rights-of-way; correct?<br><br>A: They are able to transmit their content, yes.<br><br>**Malfara 6/8/21 Tr. 98:22**<br><br>Q: . . . [Y]ou're not opining that determining whether defendants must use wireline facilities in public rights-of-way to transmit their video content is the same in every city or county in Texas or Nevada; correct?<br><br>A**:** If I understand the question correctly, that's correct. |

| | |
|---|---|
| | **Malfara 6/8/21 Tr. 35:24-36:2**<br><br>Q: . . . So you don't know whether Netflix or Hulu control any facilities in the public rights-of-way in Texas, do you?<br><br>A: That's correct.<br><br>**Malfara 4/29/21 Tr. 108:23**<br><br>Q: Does Netflix use any facilities in the public rights-of-way in Ohio?<br><br>A: I don't know.<br><br>…<br><br>Q: Does Netflix access any facilities in the public rights-of-way in Ohio?<br><br>…[objection]<br><br>A: Again, to answer your question, I need to have more information in discovery.<br><br>**Malfara 4/29/21 Tr. 146:8-15**<br><br>Q: If . . . I asked you whether the following statement is true: All methods of content delivery rely on transmission of high-speed data over publicly owned rights-of-way, would you agree or disagree?<br><br>A: Disagree. |
| "Defendants provide 'video service' under the Act.  And again, even if this is disputed, the resolution of the dispute would be common to the class."  Mem. at 4 | **Malfara 6/8/21 Tr. 104:11-23**<br><br>Q: You also are not opining whether the determination of whether Netflix and Hulu provide video service under the Texas act could be answered in a common way for all Texas cities; correct? |

| | |
|---|---|
| | . . . [objection]<br><br>A: Again, I'm not opining that because, in my opinion, that's a question for the Court.  But I am informing it.<br><br>Q: . . . But you're not opining that; correct?<br><br>A: But I'm not opining that.<br><br>**Malfara 6/8/21 Tr. 90:14-21**<br><br>Q: . . . [Y]ou are not opining that defendants provide video service under the Texas act; correct?<br><br>A: I am not. |
| "Under the plain language of the Act, calculation of the franchise fee is thus based solely on the service address at which subscribers are located, and not where or how they ultimately view each and every piece of programming."  Mem. at 5 | **Malfara 6/8/21 Tr. 99:4-100:4**<br><br>Q: And you are not opining that, under the plain language of the Texas act, calculation of the franchise fee is based solely on the service address at which subscribers are located and not whether or how they ultimately view each and every piece of programming; correct?<br><br>A: Again, I'm not offering any opinion on any legal interpretation, although I do fully expect that my testimony is going to advise such a decision by the Court.<br><br>Q: Okay.  Buy you're not opining that.<br><br>A: That's correct.<br><br>Q: Do you know how the City of New Boston defined service address?<br><br>A: No. |

11

| | |
|---|---|
| | . . .<br><br>Q: . . . [Y]ou are not offering an opinion in either Texas or Nevada on the meaning of service address; correct?<br><br>A: Correct.<br><br>**Malfara 4/29/21 Tr. 102:17-22**<br><br>Q: . . . Are you offering an opinion in this case, at least at that point, as to what service address means?<br><br>A: No, not at this point.<br><br>*See also* **Malfara 4/29/21 Tr. 98:24-99:22** |
| "Indeed, Netflix and Hulu provide the exact same video programming, delivered in the exact same manner, no matter where their subscribers reside in the State of Texas." Mem. at 15 n.7 | **Malfara 6/8/21 Tr. 90:11-13**<br><br>Q: Are you opining that defendants provide video programming as defined in the Texas Act?<br><br>A: I am not, because I am not a lawyer.<br><br>**Malfara 6/8/21 Tr. 98:22**<br><br>Q: . . . [Y]ou're not opining that determining whether defendants must use wireline facilities in public rights-of-way to transmit their video content is the same in every city or county in Texas or Nevada; correct?<br><br>A**:** If I understand the question correctly, that's correct.<br><br>**Malfara 6/8/21 Tr. 100:5-101:17** |

12

|   |   |
|---|---|
|   | Q: You are not opining that Netflix and Hulu provide the exact same video programming; right?<br><br>A: Correct.<br><br>Q: You are not opining that Netflix and Hulu provide video programming delivered in the exact same manner; correct?<br><br>A: Correct.<br><br>. . .<br><br>Q: . . . You are not opining that Netflix and Hulu provide video programming no matter where their subscribers reside in the state of Texas; correct?<br><br>. . . [objection]<br><br>A: I'm not opining that I know where Netflix and Hulu, you know, garner customers, no.<br><br>. . .<br><br>Q: . . . You are not opining that Netflix and Hulu provide the exact same programming delivered in the exact same manner no matter where their subscribers reside in the state of Texas; correct?<br><br>A: I was not asked to opine on that point.<br><br>Q: And you're not.<br><br>A: And I'm not. |

| | |
|---|---|
| | **Malfara 4/29/21 Tr. 179:5-18**<br><br>Q: Are you opining that Netflix and Hulu provide the exact same video programming?<br><br>A: I am not.<br><br>Q: . . . Are you opining that Netflix and Hulu provide video programming delivered in the exact same manner?<br><br>A: I am not. |
| "Defendants' video programming is transmitted in the same manner (over wires or cables located in part in public rights-of-way) to subscribers located in municipalities in the State of Texas."  Mem. at 19 n.8 | **Malfara 6/8/21 Tr. 90:11-13**<br><br>Q: Are you opining that defendants provide video programming as defined in the Texas Act?<br><br>A: I am not, because I am not a lawyer.<br><br>**Malfara 6/8/21 Tr. 96:8-15**<br><br>Q: . . . Defendants, in your opinion, are able to deliver video programming to customers without the use of the infrastructure of Internet service providers located at least in part in the public rights-of-way; correct?<br><br>A: They are able to transmit their content, yes.<br><br>**Malfara 6/8/21 Tr. 98:22**<br><br>Q: . . . [Y]ou're not opining that determining whether defendants must use wireline facilities in public rights-of-way to transmit their video content is the same in every city or county in Texas or Nevada; correct?<br><br>A: If I understand the question correctly, that's correct. |

| | |
|---|---|
| | **Malfara 6/8/21 Tr. 35:24-36:2**<br><br>Q: . . . So you don't know whether Netflix or Hulu control any facilities in the public rights-of-way in Texas, do you?<br><br>A: That's correct.<br><br>**Malfara 6/8/21 Tr. 100:5-101:17**<br><br>Q: You are not opining that Netflix and Hulu provide the exact same video programming; right?<br><br>A: Correct.<br><br>Q: You are not opining that Netflix and Hulu provide video programming delivered in the exact same manner; correct?<br><br>A: Correct.<br><br>. . .<br><br>Q: . . . You are not opining that Netflix and Hulu provide video programming no matter where their subscribers reside in the state of Texas; correct?<br><br>. . . [objection]<br><br>A: I'm not opining that I know where Netflix and Hulu, you know, garner customers, no.<br><br>. . .<br><br>Q: . . . You are not opining that Netflix and Hulu provide the exact same programming delivered in the exact same manner no matter where their subscribers reside in the state of Texas; correct? |

|  | A: I was not asked to opine on that point. Q: And you're not. A: And I'm not. |
|---|---|