# EXHIBIT 14

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## TEXARKANA DIVISION

| | |
|---|---|
| CITY OF NEW BOSTON, TEXAS, individually and on behalf of all others similarly situated,<br><br>   Plaintiff,<br><br>v.<br><br>NETFLIX, INC. and HULU, LLC,<br><br>   Defendants. | Civil Action No. 5:20-cv-00135-RWS<br><br>JURY TRIAL DEMANDED |

### DECLARATION OF MARY ROSE ALEXANDER IN SUPPORT OF NETFLIX, INC.'S OPPOSITION TO PLAINTIFF'S MOTION FOR CLASS CERTIFICATION

I, Mary Rose Alexander, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am a partner with the law firm of Latham & Watkins LLP, 330 North Wabash Avenue, Suite 2800, Chicago, Illinois 60611, counsel for Defendant Netflix, Inc. I respectfully submit this declaration in support of Netflix, Inc.'s Opposition to Plaintiff's Motion for Class Certification ("Opposition").

2. In connection with its Opposition, Netflix submits the April 29, 2021 deposition testimony of Plaintiff's expert David Malfara (Ex. 15) and the May 3, 2021 deposition testimony of Plaintiff's expert David Simon (Ex. 16) in *City of Maple Heights v. Netflix*, Case No. 1:12-cv-01872 (N.D. Ohio).

3. Plaintiff has agreed that these Ohio transcripts can be used in this matter and that all references to Ohio and the Ohio statute in Mr. Simon's transcript may be construed as references to Texas and the Texas statute at issue here.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: Chicago, Illinois
June 21, 2021

_____
Mary Rose Alexander

2