IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | |
|---|---|
| CITY OF NEW BOSTON, TEXAS, § § § | |
| Plaintiff, § | CIVIL ACTION NO. 5:20-CV-00135-RWS |
| § § § | |
| v. § § | |
| NETFLIX, INC., HULU, LLC, § § § § | |
| Defendants. § | |

**ORDER**

Pursuant to the Court's order dismissing this case, the Court hereby enters Final Judgment. Accordingly, it is

**ORDERED** that the above-captioned matter is **DISMISSED WITHOUT PREJUDICE**. It is further

**ORDERED** that all motions by any party not previously ruled on are hereby **DENIED-AS-MOOT**.

The Clerk of the Court is directed to close this case.

It is so **ORDERED**.

**SIGNED this 30th day of September, 2021.**

*Robert W. Schroeder III*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE